**Order entered February 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00965-CV

## CITY OF DALLAS, Appellant

## V.

## DAVID L. BARBER, ET AL., Appellees

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-624-95**

## ORDER

The Court has before it appellant's February 6, 2013 unopposed motion for extension of time to file its reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by March 13, 2013.

/s/      ELIZABETH LANG-MIERS
JUSTICE